United States Bankruptcy Court
Central District of California

In re:                                                                                          Case No. 11-23929-VK
Holly B Downs                                                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: rtoomerC          Page 1 of 2          Date Rcvd: Mar 14, 2012
                                          Form ID: b18          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2012.
```
db           +Holly B Downs,    17453 Runnymede Street,     Van Nuys, CA 91406-2434
smg           Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA  90053-0200
30849930     #+Alliance One,    8589 Aero Drive,    San Diego, CA 92123-1703
30849933     +Cach Llc/Square Two Financial,    4340 South Monaco St. 2nd Floor,     Denver, CO 80237-3408
30849935      City of Los Angeles,    PO BOX 53233,    Los Angeles, CA 90053-0233
30849938     +Keyes Lexus,    5905 Van Nuys Blvd.,    Van Nuys, CA 91401-3624
30849939     +Management Services Incorporated,    PO BOX 1099,    Langhorne, PA 19047-6099
30849941     +Prindle Amaro Goetz,    310 Golden Shore,     4th Floor,    Long Beach, CA 90802-4232
30849942     +QVC Studio Park,    PO BOX 2254,    West Chester, PA 19380-0153
30849944     +Stephen N. Shapiro,    16830 Ventura Boulevard,    Suite 500,     Encino, CA 91436-1717
30849945     +Takhar Group,    1623 Milary Rd #537,    Niagara Falls, NY 14304-1745
30849946     +Universal Accounts Inc,    690 E Green St Ste 300,    Pasadena, CA 91101-2121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QDRHAGEN.COM Mar 15 2012 05:08:00      David R Hagen (TR),    6320 Canoga Avenue, Suite 1400,
               Woodland Hills, CA 91367-2562
smg           EDI: EDD.COM Mar 15 2012 05:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P. O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Mar 15 2012 05:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P. O. Box 2952,    Sacramento, CA  95812-2952
30849931     +EDI: AMEREXPR.COM Mar 15 2012 05:08:00      American Express,    American Express Special Research,
               Po Box 981540,    El Paso, TX 79998-1540
30849932      EDI: BANKAMER.COM Mar 15 2012 05:08:00      Bank of America,    PO BOX 15019,
               Wilmington, DE 19886-5019
30849934      EDI: CHASE.COM Mar 15 2012 05:08:00      Chase,    Po Box 1093,    Northridge, CA 91328
30849936     +EDI: DISCOVER.COM Mar 15 2012 05:08:00      Discover Fin,    Attention: Bankruptcy Department,
               Po Box 3025,     New Albany, OH 43054-3025
30849937     +EDI: RMSC.COM Mar 15 2012 05:08:00      Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
               Roswell, GA 30076-9104
30849940      EDI: PRA.COM Mar 15 2012 05:08:00      Portfolio Recovery Associates, LLC,     P.O Box 12914,
               Norfolk, VA 23541
30849943     +EDI: CITICORP.COM Mar 15 2012 05:08:00      Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
                                                                                               TOTAL: 10
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2012**                              **Signature:**     *Joseph Speetjens*

```
District/off: 0973-1          User: rtoomerC              Page 2 of 2              Date Rcvd: Mar 14, 2012
                              Form ID: b18                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2012 at the address(es) listed below:
        David R Hagen (TR)    drh@forbankruptcy.com,   dhagen@ecf.epiqsystems.com
        Gerald J Koh    on behalf of Debtor Holly Downs gkoh@km-lawgroup.com
        United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                                                                                 TOTAL: 3

B18 (Official Form 18)(12/11)

## United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Holly B Downs
aka Holly Rodgers, fdba Camp Runnymede

**BANKRUPTCY NO.** 1:11−bk−23929−VK

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7324
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 3/14/12

**Address:**
17453 Runnymede Street
Van Nuys, CA 91406

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: March 14, 2012

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

11 / RTO

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.